BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-394-FCD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO SET STATUS CONFERENCE FOR OCTOBER 4, 2010** |
| v. | ) | |
| SHAWN MICHAEL WARDINSKI, | ) | |
| Defendant. | ) | DATE: October 4, 2010<br>TIME: 10:00 A.M.<br>COURT: Judge Damrell |

    IT IS HEREBY STIPULATED AND AGREED between the defendant, SHAWN MICHAEL WARDINSKI, and the United States, through their respective counsel, that a status conference should be set for October 4, 2010, and time should be excluded for defense preparation and continuity of counsel under Local Code T4.

    This case arises from the defendant's indictment for failure to appear, a violation of Section 3146(a)(1) of Title 18 of the United States Code, on September 9, 2010.  On September 10, 2010, this Court ordered this case related to Case No. 2:10-CR-139-FCD.  It is the joint request of the parties that this matter be placed on calendar for status on October 4, 2010.

///

1    The parties further request that time be excluded pursuant to
2 Local Code T4 for defense preparation and continuity of counsel.
3 Defense counsel is in trial, complicating her efforts to consult with
4 the defendant concerning the new charges.  She anticipates that her
5 trial will be completed by the end of the month, which will allow her
6 to consult with and advise the defendant in advance of the October 4,
7 2010, hearing.  (The sentencing hearing in Case No. 2:10-CR-139-FCD
8 has been continued to November 8, 2010.)
9    For these reasons, the parties believe an exclusion of time is
10 warranted pursuant to Local Code T4 and 18 U.S.C. § 3161
11 (h)(7)(B)(iv).
12    On September 16, 2010, Caro Marks gave Camil Skipper permission
13 to affix her printed signature to this stipulation.
14 Date: September 16, 2010           Respectfully submitted,

15                                    BENJAMIN B. WAGNER
                                      Acting United States Attorney
16

17
                                   By: /S/ Camil A. Skipper
18                                    CAMIL A. SKIPPER
                                      Assistant U.S. Attorney
19

20

21 Date: September 16, 2010        By: /s/ Caro Marks
                                      CARO MARKS
22                                    Attorney for defendant

23

24

25                                **ORDER**

26    1.   A status conference is set for October 4, 2010, at 10:00
27 A.M.
28 ///

1    2.   Based upon the representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through October 4, 2010, to allow reasonable time to prepare and continuity of counsel pursuant to Local Code T4 and 18 U.S.C. § 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

Date: September 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE